

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

COURTNEY COLLEEN RALPH

CASE NO. 07-34286-W

JUDGE MARY ANN WHIPPLE

William L. Swope, Esq.
221 South Main Street
Findlay, OH 45840
(419) 422-0288

Sup. Ct. #0029538

TRANSMITTAL OF UNCLAIMED FUNDS

William L. Swope, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the person(s) to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 1002 | COURTNEY COLLEEN RALPH<br>1255 LAKE BLVD., APT. 1<br>MARION, OH 43302 | $2,863.17 |
| | | $2,863.17 |

2. Your trustee's check for $2,863.17 payable to the Clerk of the Untied States Bankruptcy Court is attached to this report.

3. Nothing further remains to be done in this case.

Date: December 30, 2010

William L. Swope
Trustee